United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EUNICE SANTOS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01855 |
| | § | |
| MEMORIAL HERMANN HEALTH SYSTEM, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on August 24, 2026 (Doc. #30), Plaintiff's Objections (Doc. #31), and Defendant's Response (Doc. #34). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Defendant's Motion for Summary Judgment (Doc. #22) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

9/8/26
Date

The Honorable Alfred H. Bennett
United States District Judge